# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EUGENE SCALIA, Secretary of Labor,
United States Department of Labor,

Petitioner,

v.

A & J FRAMING, INC.,

Respondent.

Civil Action No.

## DECLARATION OF MARK H. WATSON, JR.

I, Mark H. Watson, Jr., declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the following is true and correct:

1. I am employed as the Regional Administrator for the Northeast Region of the Wage and Hour Division, United States Department of Labor.

2. As Regional Administrator, pursuant to Sections 5(B) and (C) of the Secretary's Order 5-2010, I have been delegated the authority by the Secretary of Labor to issue administrative subpoenas under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* (the "FLSA").

3. The Boston District Office of the Wage and Hour Division is conducting an investigation of A & J Framing, Inc. ("A & J") under the FLSA. The Boston District Office had requested records in the course of its investigation, but A & J did not produce all of the requested records. I was subsequently presented with a draft administrative subpoena duces tecum for records relevant to the investigation.

4. I reviewed the information requested in the draft subpoena and determined that the requests were within the statutory authority of the Wage and Hour Division, the requests

were specific and detailed, and the documents requested were reasonably relevant to the authorized investigation.

5. On July 1, 2020, I signed the subpoena duces tecum that is attached as Exhibit 1 to this declaration, and sent it to the Boston District Office.


Executed on this ___20th___ day of October, 2020.


_____
Mark H. Watson, Jr.
Regional Administrator
Northeast Region
United States Department of Labor
Wage and Hour Division
The Curtis Center, Suite 850 West
170 South Independence Mall West
Philadelphia, PA 19106-3323